**STATEMENT OF FACTS**

Case: 1:23-mj-00286
Assigned To : Harvey, G. Michael
Assign. Date : 10/30/2023
Description: Complaint W/ Arrest Warrant

███████████████████████████████████████ In my duties as a Special Agent, I am responsible for investigating matters related to counterterrorism and other crimes. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Since January 6, 2021, the FBI has been investigating and identifying those individuals who illegally entered and committed offenses within the United States Capitol and its grounds. Investigators have determined that MARISSA LEE BOWLING and DYLAN MARCUS BOWLING, residents of the State of Alabama, are two such individuals.

Law enforcement has reviewed both open source and closed circuit (CCTV) surveillance videos from January 6 and confirmed that both MARISSA and DYLAN BOWLING entered the U.S. Capitol that day. Open source videos obtained from social media sites including TikTok and YouTube depict MARISSA BOWLING wore a dark stocking cap, a light pink jacket, dark pants and a dark backpack. DYLAN BOWLING wore a brown stocking cap, dark jacket and pants, goggles, and a camouflage backpack; he also carried a flag pole and a bull horn. In some of the videos, both MARISSA and DYLAN BOWLING also wear what appear to be respirator masks over their faces.



*Figure 1 – Side-by-side still photos captured from open source video showing MARISSA and DYLAN BOWLING on January 6, 2021.*

Based on a review of CCTV surveillance footage from the Capitol, MARISSA and DYLAN BOWLING entered the building together at approximately 2:49 p.m. through a broken window near the Senate Wing Door.



Figure 2 – MARISSA BOWLING (red circle) entered through a broken window by the Senate Wing Door.



Figure 3 – DYLAN BOWLING (red circle) entered behind MARISSA BOWLING through a broken window by the Senate Wing Door.

The CCTV footage further shows that after entering the building, MARISSA and DYLAN BOWLING walked through the Crypt, by the Memorial Door, and proceeded through the House Wing Corridor.



Figure 4 – MARISSA and DYLAN BOWLING wearing face masks walked through the House Wing.

They then turned around and headed back in the direction from which they came. At approximately 3:10 p.m. MARISSA and DYLAN BOWLING exited the building, again through the broken window near the Senate Wing Door. They were inside the Capitol for approximately 21 minutes.



*Figure 5 – DYLAN BOWLING exited through a broken window.*



*Figure 6 – MARISSA BOWLING exited behind DYLAN BOWLING through the window.*

According to records obtained through a search warrant served on Google, a mobile device associated with email address rissa9193@gmail.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy,

depending on the source(s) of the data.  As a result, Google assigns a "maps display radius" for each location data point.  Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point.  Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time.  In this case, Google location data shows that a device associated with rissa9193@gmail.com was within the U.S. Capitol.  Google records show that the "maps display radius" for this location data encompasses an area that is partially within the U.S. Capitol Building.

On July 20, 2021, investigators interviewed MARISSA BOWLING.  She admitted the Google email address referenced above belonged to her.  According to records obtained through a search warrant served on MARISSA BOWLING's email account with Google, LLC, photos and videos depicting both MARISSA and DYLAN BOWLING inside and outside of the United States Capitol on January 6, 2021 were located within the data from her account.

According to records obtained through a search warrant served on cellular service provider Verizon Wireless, a mobile device associated with a phone number associated with DYLAN BOWLING was also identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol Building on January 6, 2021.

During an interview with investigators, DYLAN BOWLING admitted that he travelled with his wife, MARISSA BOWLING, to Washington D.C. for a rally on January 6, 2021.  He denied going inside of the Capitol Building.

On October 20, 2021, investigators spoke to MARISSA BOWLING again.  During the interview, she too admitted to travelling with her husband DYLAN BOWLING to Washington DC.  She also denied entering the Capitol Building.

Investigators have also spoken to a witness who knows both MARISSA and DYLAN BOWLING identified MARISSA BOWLING as the person in the pink jacket depicted in Figure 1.   The witness was also shown the photograph depicted below in Figure 7.  The witness stated he/she was "90%" sure that it was DYLAN BOWLING.



*Fig. 7 – Still photograph taken from open source video footage on January 6, 2021. Witness believed "90%" male circled in yellow is DYLAN BOWLING.*

After having multiple face-to-face contacts with MARISSA and DYLAN BOWLING, investigators have further confirmed that they are the subjects identified in this complaint, depicted in Figures 1-7, as having entered the Capitol on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that MARISSA BOWLING and DYLAN BOWLING violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MARISSA BOWLING and DYLAN BOWLING violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent

to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of October 2023.

_____
G.  MICHAEL HARVEY
U.S. MAGISTRATE JUDGE